76 F.3d 375
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Bertha Mae ROBINSON, Petitioner-Appellant,
v.
Terry CANDEE; Attorney General of the State of South
Carolina, Respondents-Appellees.
 No. 95-6991.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 18, 1996.
Decided Feb. 1, 1996.
 
 Appeal from the United States District Court for the District of South Carolina, at Charleston. Joseph F. Anderson, Jr., District Judge. (CA-94-2962-2-17-AJ)
 Bertha Mae Robinson, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.
 D.S.C.
 DISMISSED.
 Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on her 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Robinson v. Candee, No. CA-94-2962-2-17-AJ (D.S.C. May 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.